1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**POMERANTZ LLP**
Jeremy A. Lieberman (pro hac vice)
Austin P. Van (pro hac vice)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
jalieberman@pomlaw.com
avan@pomlaw.com

Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Lead Plaintiffs*

*Additional Counsel on Signature Page*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| PLUMBERS AND STEAMFITTERS LOCAL 60 PENSION TRUST, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>    v.<br><br>META PLATFORMS, INC., MARK ZUCKERBERG, DAVID WEHNER, SHERYL SANDBERG, and SUSAN LI,<br><br>                Defendants. | CASE NO.  4:22-cv-01470-YGR<br><br>**LEAD PLAINTIFFS' CHART SUMMARIZING INFORMATION REQUIRED BY 15 U.S.C. §§ 78u-4(b)(1) and (2), PURSUANT TO STANDING ORDER NO. 14**<br><br>Hon. Yvonne Gonzalez Rogers |

LEAD PLAINTIFFS' CHART SUMMARIZING INFORMATION REQUIRED BY 15 U.S.C. §§ 78u-4(b)(1)
AND (2) (CASE NO. 4:22-cv-01470-YGR)

1    Lead Plaintiffs have alleged causes of action under the federal securities laws in the

2   amended complaint filed in this matter on August 2, 2022 (ECF No. 55).  Accordingly, this

3   matter is a securities case, and pursuant to the Court's standing order No. 14, Lead Plaintiffs

4   submit with this filing a chart summarizing the information required by 15 U.S.C. §§ 78u-4(b)(1)

5   and (2), attached as Exhibit A.

6

7    Dated:  August 16, 2022                    Respectfully,

8                                               **POMERANTZ LLP**

9                                               */s/ Austin P. Van*
                                                Jeremy A. Lieberman (admitted *pro hac vice*)
                                                Austin P. Van (admitted *pro hac vice*)
10                                              600 Third Avenue, 20th Floor
                                                New York, New York 10016
11                                              Telephone:  (212) 661-1100
                                                Facsimile:  (917) 463-1044
12                                              E-mail:  jalieberman@pomlaw.com
                                                avan@pomlaw.com
13

14                                              Jennifer Pafiti (SBN 282790)
                                                1100 Glendon Avenue, 15th Floor
                                                Los Angeles, California  90024
15                                              Telephone:  (310) 405 7190
                                                Facsimile:  (917) 463 1044
16                                              jpafiti@pomlaw.com

17                                              Orly Guy
                                                Eitan Lavie
18                                              HaShahar Tower
                                                Ariel Sharon 4, 34th Floor
19                                              Givatayim, Israel 5320047
                                                Telephone: +972 (0) 3 624 0240
20                                              Facsimile: +972 (0) 3 624 0111
                                                E-mail:  oguy@pomlaw.com
21                                              eitan@pomlaw.com

22                                              *Attorneys for Lead Plaintiffs*

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

I, Austin P. Van, hereby certify that a true and correct duplicate copy of the foregoing was filed electronically on August 16, 2022.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Austin P. Van*
Austin P. Van

2