1  **POMERANTZ LLP**
   Jeremy A. Lieberman (pro hac vice)
2  Austin P. Van (pro hac vice)
   600 Third Avenue, 20th Floor
3  New York, NY 10016
   Telephone: (212) 661-1100
4  jalieberman@pomlaw.com
   avan@pomlaw.com
5
   Jennifer Pafiti (SBN 282790)
6  1100 Glendon Avenue, 15th Floor
   Los Angeles, California 90024
7  Telephone: (310) 405-7190
   jpafiti@pomlaw.com
8
   *Counsel for Lead Plaintiffs*
9
   *Additional Counsel on Signature Page*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| PLUMBERS AND STEAMFITTERS LOCAL 60 PENSION TRUST, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC., MARK ZUCKERBERG, DAVID WEHNER, SHERYL SANDBERG, and SUSAN LI,<br><br>Defendants. | CASE NO. 4:22-cv-01470-YGR<br><br>**LEAD PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT SUSAN LI PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>Hon. Yvonne Gonzalez Rogers |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Lead Plaintiffs voluntarily dismiss Defendant Susan Li from the above-captioned action without prejudice. *See Pedrina v. Chun*, 987 F.2d 608, 610 (9th Cir. 1993) (holding that plaintiffs have an "absolute right" to voluntarily dismiss individual defendants "without prior leave of court" prior to defendants' filing an answer or a motion for summary judgment); *accord United States v. Real Prop. Located at 475 Martin Lane, Beverly Hills, CA*, 545 F.3d 1134, 1145 (9th Cir. 2008). Defendant Li has not filed an answer or a motion for summary judgment. For the avoidance of doubt, Plaintiffs do not voluntarily dismiss any other Defendants from the above-captioned action, and the schedule for the remaining Defendants to respond to the Amended Complaint should remain unchanged.

Dated: October 4, 2022

Respectfully submitted,

**POMERANTZ LLP**

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman (admitted *pro hac vice*)
Austin P. Van (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
E-mail: jalieberman@pomlaw.com
avan@pomlaw.com

Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405 7190
Facsimile: (917) 463 1044
jpafiti@pomlaw.com

Orly Guy
Eitan Lavie
HaShahar Tower
Ariel Sharon 4, 34th Floor
Givatayim, Israel 5320047
Telephone: +972 (0) 3 624 0240
Facsimile: +972 (0) 3 624 0111
E-mail: oguy@pomlaw.com
eitan@pomlaw.com

*Attorneys for Lead Plaintiffs*