LATHAM & WATKINS LLP
Elizabeth L. Deeley (CA Bar No. 230798)
  elizabeth.deeley@lw.com
Melanie M. Blunschi (CA Bar No. 234264)
  melanie.blunschi@lw.com
Nicholas Rosellini (CA Bar No. 316080)
  nick.rosellini@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600

Andrew B. Clubok (*pro hac vice*)
  andrew.clubok@lw.com
Susan E. Engel (*pro hac vice*)
  susan.engel@lw.com
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200

*Attorneys for Defendants Meta Platforms, Inc., Mark Zuckerberg, David Wehner, and Sheryl Sandberg*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PLUMBERS AND STEAMFITTERS LOCAL 60 PENSION TRUST, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., MARK ZUCKERBERG, DAVID WEHNER, and SHERYL SANDBERG,<br><br>Defendants. | Case No. 4:22-cv-01470-YGR<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS**<br><br>Hon. Yvonne Gonzalez Rogers |

Defendants Meta Platforms, Inc., ("Meta"), Mark Zuckerberg, David Wehner, and Sheryl Sandberg ("Individual Defendants" and together with Meta collectively "Defendants"), Lead Plaintiffs Menora Mivtachim Insurance Ltd., Menora Mivtachim Pension and Gemel Ltd., The Phoenix Insurance Company, Ltd., and The Phoenix Provident Pension Fund Ltd. ("Lead Plaintiffs") by and through their undersigned counsel, hereby stipulate and agree as follows and jointly request that the Court enter the below Order approving this Stipulation.

**WHEREAS**, on August 24, 2022, the Court set the briefing schedule on Defendants' Motion to Dismiss the Amended Complaint (Dkt. 58);

**WHEREAS**, on October 18, 2022, Defendants filed their Motion to Dismiss the Amended Complaint, which set oral argument for February 28, 2023 (Dkt. 61);

**WHEREAS**, on December 30, 2022, Plaintiffs filed their Opposition to Defendants' Motion to Dismiss the Amended Complaint (Dkt. 65);

**WHEREAS**, on February 14, 2023, Defendants' Reply in Support of their Motion to Dismiss the Amended Complaint is due;

**WHEREAS**, on January 30, 2023, lead counsel for Defendants began a jury trial before Judge Masley in the Commercial Division of the New York State Supreme Court, which is running longer than anticipated and is now expected to close on February 24, 2023;

**WHEREAS,** given lead counsel's month-long trial immediately preceding the current hearing date, and the uncertainties of when the trial and jury deliberations will actually conclude, counsel for Defendants have met and conferred with counsel for Lead Plaintiffs, and both parties agreed that a request to continue the hearing is warranted;

**WHEREAS**, counsel for Defendants and counsel for Lead Plaintiffs respectfully submit that good cause exists to continue the scheduled February 28, 2023, hearing on Defendants' Motion to Dismiss to Tuesday, March 21, 2023, at 2:00 p.m.

IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel for Lead Plaintiffs and Defendants, that:

1. The February 28, 2023 hearing on Defendants' Motion to Dismiss the Amended Complaint is continued to Tuesday, March 21, 2023 at 2:00 p.m.

| | | |
|---|---|---|
| 1 | DATED:  February 13, 2023 | LATHAM & WATKINS LLP |
| 2 | | By: */s/ Andrew B. Clubok* |
| | | Andrew B. Clubok (pro hac vice) |
| 3 | | andrew.clubok@lw.com |
| | | Susan E. Engel (pro hac vice) |
| 4 | | susan.engel@lw.com |
| | | 555 Eleventh Street, N.W., Suite 1000 |
| 5 | | Washington, D.C. 20004-1304 |
| | | Telephone: +1.202.637.2200 |
| 6 | | |
| 7 | | Elizabeth L. Deeley (CA Bar No. 230798) |
| | | elizabeth.deeley@lw.com |
| | | Melanie M. Blunschi (CA Bar No. 234264) |
| 8 | | melanie.blunschi@lw.com |
| | | Nicholas Rosellini (CA Bar No. 316080) |
| 9 | | nick.rosellini@lw.com |
| | | 505 Montgomery Street, Suite 2000 |
| 10 | | San Francisco, CA 94111 |
| | | Telephone: +1.415.391.0600 |
| 11 | | |
| 12 | | *Attorneys for Defendants Meta Platforms, Inc., Mark Zuckerberg, David Wehner, and Sheryl Sandberg* |
| 13 | | |
| 14 | | |
| 15 | DATED:  February 13, 2023 | POMERANTZ LLP |
| 16 | | By:  */s/ Jeremy A. Lieberman* |
| | | Jeremy A. Lieberman (pro hac vice) |
| 17 | | J. Alexander Hood II (pro hac vice) |
| | | 600 Third Avenue, 20th Floor |
| 18 | | New York, NY 10016 |
| | | Telephone: (212) 661-1100 |
| 19 | | Facsimile: (212) 661-8665 |
| | | jalieberman@pomlaw.com |
| 20 | | ahood@pomlaw.com |
| 21 | | |
| | | Jennifer Pafiti (SBN 282790) |
| 22 | | 1100 Glendon Avenue, 15th Floor |
| | | Los Angeles, California 90024 |
| 23 | | Telephone: (310) 405-7190 |
| | | jpafiti@pomlaw.com |
| 24 | | |
| 25 | | |
| | | Orly Guy |
| 26 | | Eitan Lavie |
| | | HaShahar Tower |
| 27 | | Ariel Sharon 4, 34th Floor |
| | | Givatayim, Israel 5320047 |
| 28 | | Telephone: +972 (0) 3 624 0240 |
| | | Facsimile: +972 (0) 3 624 0111 |

oguy@pomlaw.com
eitan@pomlaw.com

*Counsel for Movants Menora Mivtachim Insurance Ltd., Menora Mivtachim Pension and Gemel Ltd., The Phoenix Insurance Company, Ltd., and The Phoenix Provident Pension Fund Ltd. and Lead Counsel for the Class*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
Hon. Yvonne Gonzales Rogers
United States District Court Judge

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order Continuing Hearing on Defendants' Motion to Dismiss. Pursuant to L.R. 5-1(h)(3) regarding signatures, I, Andrew B. Clubok, attest that concurrence in the filing of this document has been obtained.

Dated: February 13, 2023                    /s/ *Andrew B. Clubok*
                                            Andrew B. Clubok