# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| Date: July 18, 2023 | Time: 1 hour 41 minutes | Judge: YVONNE GONZALEZ ROGERS |
|---|---|---|
| Case No.: 22-cv-01470-YGR | Case Name: Plumbers and Steamfitters Local 60 Pension Trust v. Meta Platforms, Inc. et al | |

**Attorney for Plaintiff:** Jeremy Lieberman and Austin Van
**Attorney for Defendant:** Andrew Clubok and Susan Engel

**Deputy Clerk:** Edwin Cuenco          **Court Reporter:** Raynee Mercado

## PROCEEDINGS

Motion to Dismiss – HELD.

Motion to Dismiss is argued, submitted, and Granted by the Court. Defendants' Request for Judicial Notice is Granted. Plaintiffs are granted leave to further amend their complaint. Plaintiffs' deadline to file their Second Amended Complaint is set for September 18, 2023. Defendants' deadline to respond is set for October 31, 2023. Written order to issue.